UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BORAZJONI,<br><br>          Plaintiff,<br><br>     v.<br><br>HOMEBRIDGE FINANCIAL SERVICES, INC. et al.,<br><br>          Defendants. | Case No. 2:24-cv-05300-SB-SK<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendant Mortgage Electronic Registration Systems, Inc.'s motion to dismiss entered this day, Plaintiff John Borazjoni's claims are dismissed with prejudice.

    This is a final judgment.

Date: November 25, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge